Form 4
(10/05)

# United States Bankruptcy Court
## District of New Jersey

In re **William Bowman Associates, Inc.**  Case No. **07-10441**
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Winslow Hot Mix, LLC**<br>**1435 Doughty Road**<br>**Egg Harbor Township, NJ 08234** | **Winslow Hot Mix, LLC**<br>**1435 Doughty Road**<br>**Egg Harbor Township, NJ 08234**<br>**609-641-2781** | | | **1,034,496.41** |
| **Commerce Insurance Services**<br>**P.O. Box 2060**<br>**Cherry Hill, NJ 08034-0147** | **Commerce Insurance Services**<br>**P.O. Box 2060**<br>**Cherry Hill, NJ 08034-0147**<br>**(877) 396-3800** | | | **444,215.30** |
| **Atlantic Concrete Products. Co.**<br>**P.O. Box 129**<br>**8900 Old Route 13**<br>**Bristol, PA 19007-0098** | **Atlantic Concrete Products. Co.**<br>**P.O. Box 129**<br>**8900 Old Route 13**<br>**Bristol, PA 19007-0098**<br>**215-945-5600** | | | **382,829.59** |
| **Birdsboro Materials**<br>**Haines & Kibblehouse**<br>**P.O. Box 196**<br>**Skippack, PA 19474** | **Birdsboro Materials**<br>**Haines & Kibblehouse**<br>**P.O. Box 196**<br>**Skippack, PA 19474**<br>**610-404-8440** | | | **271,917.47** |
| **Kennedy Culvert & Supply Co.**<br>**8000 Midlantic Drive**<br>**Suite 200N**<br>**Mount Laurel, NJ 08054** | **Kennedy Culvert & Supply Co.**<br>**8000 Midlantic Drive**<br>**Suite 200N**<br>**Mount Laurel, NJ 08054**<br>**(856) 813-5000** | | | **206,589.92** |
| **Jocama Construction corp.**<br>**322 Spring Valley Rd.**<br>**Old Bridge, NJ 08857** | **Jocama Construction Corp.**<br>**322 Spring Valley Rd.**<br>**Old Bridge, NJ 08857**<br>**732-591-1010** | | | **171,461.74** |
| **Ferguson Waterworks**<br>**3 Hawk Court**<br>**Bridgeport, NJ 08014** | **Ferguson Waterworks**<br>**3 Hawk Court**<br>**Bridgeport, NJ 08014**<br>**\*856) 467-1144** | | | **135,744.98** |
| **MJF Materials, LLC**<br>**P.O. Box 438**<br>**Berlin, NJ 08009** | **MJF Materials, LLC**<br>**P.O. Box 438**<br>**Berlin, NJ 08009**<br>**856-435-9004** | | | **110,994.32** |

In re **William Bowman Associates, Inc.**  Case No. **07-10441**
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| James Sassano Associates, Inc.<br>26 North Route 73<br>Box 330<br>Cedar Brook, NJ 08018 | James Sassano Associates, Inc.<br>26 North Route 73<br>Box 330<br>Cedar Brook, NJ 08018<br>(609) 704-1155 | | | 100,630.02 |
| A.E. Stone, Inc.<br>1425 Doughty Road<br>Egg Harbor Township, NJ 08234 | A.E. Stone, Inc.<br>1425 Doughty Road<br>Egg Harbor Township, NJ 08234<br>609-641-2781 | | | 100,532.06 |
| AETNA<br>PO Box 88874<br>Chicago, IL 60695-1874 | AETNA<br>PO Box 88874<br>Chicago, IL 60695-1874 | | | 100,479.11 |
| Caterina Supply, Inc.<br>1271 Glassboro Road<br>Williamstown, NJ 08094 | Caterina Supply, Inc.<br>1271 Glassboro Road<br>Williamstown, NJ 08094<br>(856) 728-0171 | | | 99,940.78 |
| Taylor Oil Co., Inc.<br>77 Second Street<br>P.O. Box 974<br>Somerville, NJ 08876 | Taylor Oil Co., Inc.<br>77 Second Street<br>P.O. Box 974<br>Somerville, NJ 08876<br>(908) 725-7737 | | | 65,667.49 |
| Winzinger, Inc.<br>1704 Marne Highway<br>P.O. Box 537<br>Hainesport, NJ 08036 | Winzinger, Inc.<br>1704 Marne Highway<br>P.O. Box 537<br>Hainesport, NJ 08036<br>(609) 267-8600 | | | 63,783.46 |
| Bridgestate Foundry Corp.<br>175 Jackson Road<br>Berlin, NJ 08009 | Bridgestate Foundry Corp.<br>175 Jackson Road<br>Berlin, NJ 08009<br>856-767-0400 | | | 62,891.39 |
| Glendale Builders, Inc.<br>313 White Horse Pike<br>Haddon Heights, NJ 08035 | Glendale Builders, Inc.<br>313 White Horse Pike<br>Haddon Heights, NJ 08035<br>(856) 546-8700 | | | 58,819.74 |
| River Front Recycling & Aggregate LLC<br>60 Fostertown Rd.<br>Medford, NJ 08055 | River Front Recycling & Aggregate LLC<br>1301 North 26th Street<br>Camden, NJ 08105<br>856-996-1100 | | | 58,230.67 |
| Giles & Ransome<br>P.O. Box 828735<br>Philadelphia, PA 19182-8735 | Giles & Ransome<br>P.O. Box 828735<br>Philadelphia, PA 19182-8735<br>1-877-726-7663 | | | 57,644.42 |
| Contech Stormwater Solutions, Inc.<br>12021-B NE Airport Way<br>Portland, OR 97220 | Contech Stormwater Solutions, Inc.<br>12021-B NE Airport Way<br>Portland, OR 97220<br>(503) 240-3393 | | Contingent<br>Unliquidated<br>Disputed | 56,760.00 |

In re **William Bowman Associates, Inc.**  Case No. **07-10441**
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Mays Landing Sand & Gravel Co.<br>P.O. Box 608<br>101 N. Lincoln Avenue<br>Buena, NJ 08310 | Mays Landing Sand & Gravel Co.<br>P.O. Box 608<br>101 N. Lincoln Avenue<br>Buena, NJ 08310<br>856-687-4900 | | | 56,140.66 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 25, 2007**   Signature **/s/ William P. Bowman**
**William P. Bowman**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.