# United States Bankruptcy Court
## District of New Jersey

In re   **William Bowman Associates, Inc.**

Debtor(s)

Case No.   **07-10441**

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **January 26, 2007**

**/s/ William P. Bowman**

**William P. Bowman**/**President**
Signer/Title

Attorney General's Office
NJ Attorney General-Division of Law
Richard J. Hughes Justice Complex
25 Market Street, PO Box 112
Trenton, NJ 08625-0112


Internal Revenue Service
57 Haddonfield Road
Cherry Hill, NJ 08002


Assistant Attorney General
Department of Justice, Tax Division
Civil Trial Section, Eastern Region
PO Box 227, Ben Franklin Station
Washington, DC 20044


State of New Jersey
Sales and Use Tax Division
50 Barrack Street, CN-269
Trenton, NJ 08646


State of New Jersey
Sales and Use Tax Division
50 Barrack Street, CN-269
Trenton, NJ 08646


N.J. Division of Taxation
Bankruptcy Unit, 9th Floor
50 Barrack Street
CN-245
Trenton, NJ 08646


4 Seasons @ Weatherby
K Hovnanian Homes
1170 Wheeler Way, Suite 200
Langhorne, PA 19407


A & L Septic Services
2008 Route 38
P.O. Box 627
Mount Holly, NJ 08060


A.E. Stone, Inc.
1425 Doughty Road
Egg Harbor Township, NJ 08234

A.H. Harris & Sons, Inc.
3220 Bordentown Road
Old Bridge, NJ 08857


Ace Technologies of NJ, Inc.
504 Route 130 North
Suite 202
Riverton, NJ 08077


AETNA
PO Box 88874
Chicago, IL 60695-1874


Agway
c/o Robert F. Dittmer, Esq.
1040 Highway 9
Howell, NJ 07731


All American Landscapes, LLC
P.O. Box 121
Franklinville, NJ 08322


Allied Materials, Inc.
P.O. Box 94
Berlin, NJ 08009


American Asphalt Co., Inc.
116 Main Street
Mount Ephraim, NJ 08059


American Express
P.O. Box 1270
Newark, NJ 07101-1270


American Solutions for Business
P.O. Box 33867
San Francisco, CA 94139


American Water
P.O. Box 5088
Mount Laurel, NJ 08054-1108

Arruda
c/o Edward R. Petkevis, Esq.
1380 Hornberger Ave.
Roebling, NJ 08554


Asphalt Paving Systems, Inc.
P.O. Box 530
Hammonton, NJ 08037


Associates First Capital Corporation
PO Box 168647
Irving, TX 75016


AT&T GBS
Global Customer Care Center
1100 Walnut, Floor 16 South
Kansas City, MO 64106


Atlantic City Electric
c/o Renee E. Suglia
Pepco Holdings, Inc.
800 King Street
Wilmington, DE 19801


Atlantic Concrete Products. Co.
P.O. Box 129
8900 Old Route 13
Bristol, PA 19007-0098


Atlantic Electric
c/o Gerard Corcoran, Esq.
Youngblood, Corocoran, et al.
1201 New Road, Suite 230
Linwood, NJ 08221


Atlas Flasher & Supply Co.
P.O. Box 488
430 Swedesboro Road
Mickleton, NJ 08056-1208


Belgian Block Sales Co., Inc.
322 Spring Valley Road
Old Bridge, NJ 08857

Binder Machinery Company
2820 Hamilton Blvd.
South Plainfield, NJ 07080


Birchwood Lake Colony Club
c/o Bruce E. Helies, Esq.
Wolf, Helies, et al.
2517 Highway 35, Building K, Suites 201
Manasquan, NJ 08736


Birdsboro Materials
Haines & Kibblehouse
P.O. Box 196
Skippack, PA 19474


Blue Lake Association
c/o Kevin B. Lacorte, Esq.
Zeller & Bryant
Ten Melrose-Suite 400
Cherry Hill, NJ 08003


Borough of Berlin
59 S. White Horse Pike
Berlin, NJ 08009


Borough of Medford Lakes
c/o Brown & Connery LLP
360 Haddon Ave.
Collingswood, NJ 08108


Brennan
c/ Ronald P. Heksch, Esq.
Giordano, Halleran & Ciesla
125 Half Mile Rd.
Red Bank, NJ 07701


Bridgestate Foundry Corp.
175 Jackson Road
Berlin, NJ 08009


Budd Cranberry Company
c/o Virginia Barrett, Esq.
Barrett Lazar, LLC
145 West Passaic Street
Maywood, NJ 07607

Builders League of New Jersey
114 Haddontowne Court
Cherry Hill, NJ 08034-3699


Burlington County
c/o John J. McGrath, Esq.
25 Chestnut Street, Suite 108
Haddonfield, NJ 08033


Callahn Construction
95 Dolphin Road
Tuckerton, NJ 08087


Caterina Supply, Inc.
1271 Glassboro Road
Williamstown, NJ 08094


Caterpillar Financial Service
First Chicago National Processing
300 Harmon Meadow Blvd., 3rd Floor
Secaucus, NJ 07094


CDC Publishing LLC
P.O. Box 7777
Philadelphia, PA 19175-0572


Charles Thompson
c/o Jeffrey P. Blumstein, Esq.
Szafeman, Lakind, et al.
101 Grovers Mill Rd-Suite 104
Lawrenceville, NJ 08648


Chase Automotive finance
900 Stewart Avenue
Garden City, NY 11530


Cintas
10080 Sandmeyer Avenue
Philadelphia, PA 19116


CIT Group
1540 W. Fountainhead Parkway
Tempe, AZ 85282-1839

Clear Land, Inc.
541 Bridgeton Pike
Mullica Hill, NJ 08062


CNA
Continental Casualty Co.
Attn: John Arthur
PO Box 962
Coraopolis, PA 15108


Cohen, Seglias, Pallas
P.O. Box 59449
Philadelphia, PA 19102


Commerce Insurance Services
P.O. Box 2060
Cherry Hill, NJ 08034-0147


Compliance Monitoring
217 Belhaven Avenue
Linwood, NJ 08221


Connectiv Power Delivery
6801 Blackhorse Pike
Pleasantville, NJ 08233


Contech Stormwater Solutions, Inc.
12021-B NE Airport Way
Portland, OR 97220


Cormier Safety Consultants, LLC
101 South Baton Rouge Avenue
Suite 3
Ventnor City, NJ 08406


Cummins Power Systems, Inc.
2727 Ford Road
Bristol, PA 19007


Cureton, Caplan & Clark, P.C.
3000 Midlantic Drive
Mount Laurel, NJ 08054

Cutting Technologies
101 Washington Avenue
Gloucester City, NJ 08030


Daimler Chrysler Service NA LLC
P.O. Box 2916
Milwaukee, WI 53201


DiMedio Lime Company
1815 Federal Street
Camden, NJ 08105-1893


DiMeglio Septic, Inc.
491 S. White Horse Pike
Hammonton, NJ 08037


E. Sambol Corporation
c/o Peter A. Gaudioso, Esq.
1300 Mt. Kemple Ave.
PO Box 2075
Morristown, NJ 07962


E.M.E., Inc.
849 Route 539
New Egypt, NJ 08533


Elk Pipeline, Inc.
3345 Delsea Drive
P.O. Box 39
Franklinville, NJ 08322


Ellliot Building Group
3000 Cabot Blvd. West
Suite 200
Langhorne, PA 19047


Emergency Physician Associates of S.J.
P.O. Box 850001
Orlando, FL 32885-1004


Estate of Ruth Hayes Mutch
c/o Patrick J. Robinson, Esq.
586 East Main Street
Bridgewater, NJ 08807

Evesham MUA
c/o Brown & Connery LLP
360 Haddon Ave.
Collingswood, NJ 08108


Evesham Township MUA
984 Tuckerton Road
Marlton, NJ 08053


Fairlite Electric Supply Co.
P.O. Box 207
Atco, NJ 08004


Fast Fabricators, Inc.
P.O. Box 2346
Indianapolis, IN 46206-2346


Ferguson Waterworks
3 Hawk Court
Bridgeport, NJ 08014


Ferguson Waterworks
f/k/a A-1 Pipe, Inc.
3 Hawk Court
Bridgeport, NJ 08014


Francesca P. Mutch
c/o Suzanne M. Marasco, Esq.
Hill Wallack
202 Carnegie Center
Princeton, NJ 08540


Galante Associates
375 North Main Street
A-2
Williamstown, NJ 08094


Gayle Corporation
P.O. Box 542
Berwyn, PA 19312


Geo Technology Associates, Inc.
24 Worlds Fair Drive
Suite B
Somerset, NJ 08873

George Van Istendal, Jr.
c/o Gregg A. Shivers, Esq.
Shivers, Gosnay, et al.
1415 Route 70 East-Suite 210
Cherry Hill, NJ 08034


Giles & Ransome
P.O. Box 828735
Philadelphia, PA 19182-8735


Girl Scouts of Camden County
c/o Gerard X. Smith
Naulty Scaricamazza & McDevitt
One Penn Center-1617 JFK Blvd.
Philadelphia, PA 19103


Girl Scouts of Camden County, NJ, Inc.
c/o John A. Zohlman, III, Esq.
Hagner & Zohlman
1820 Chapel Ave West-Suite 160
Cherry Hill, NJ 08002


Glendale Builders, Inc.
313 White Horse Pike
Haddon Heights, NJ 08035


Global Docugraphix
P.O. Box 52316
Shreveport, LA 71135


GMAC
P.O. Box 2525
Hudson, OH 44236-4622


GMAC
555 Business Center Dr.
Horsham, PA 19044


Granite State Insurance
c/o Joseph Marino, Esq.
Marina Plaza 1
75 Kingsland Ave., Suite 3
Clifton, NJ 07014-2034

Granturk Equipment Co.
1 Schuykill Parkway
Building B
Bridgeport, PA 19405


Graphic Impressions Printing
4391 Route 42
Blackwood, NJ 08012


GSTI, Inc.
186 Pleasant Mills Road
P.O. Box 1052
Hammonton, NJ 08037


Haas Sand & Gravel, Inc.
P.O. Box 2329
Vincentown, NJ 08088


Hale Trailer & Truck Equipment
P.O. Box 1400
Voorhees, NJ 08043


Harmac Rehab. & Steel Corp.
301 Hartle Street
Sayreville, NJ 08872


Heavy Construction System Specialists
6200 Savory
Suite 1100
Houston, TX 77036


Hera Tech, Inc.
1879
Old Cuthbert Road
Suite 1
Cherry Hill, NJ 08034


Hess Egan Hagerty and L'Hommedieu, Inc.
239 Taunton Blvd., Suite B
Medford, NJ 08055


Hocage Consulting Incorporated
987 Haddon Avenue
Collingswood, NJ 08108

Horizon Blue Cross/Blue Shield
P.O. box 1738
Newark, NJ 07101-1738


Ikon Financial Services
1738 Bass Road
P.O.Box 9115
Macon, GA 31210


Internal Revenue Service
Department of the Treasury
Cincinnati, OH 45999


Internal Revenue Service
Attn: Jules Alfe
PO Box 70503
Charlotte, NC 28201-0503


Internal Revenue Service
Insolvency Function
PO Box 724
Springfield, NJ 07081-0724


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


J & R Rebuilders, Inc.
330 B Washington Avenue
Laurel Springs, NJ 08021


James Sassano Associates, Inc.
26 North Route 73
Box 330
Cedar Brook, NJ 08018


Jan-Pro Cleaning Service
1873 Route 70 East
Suite 100
Cherry Hill, NJ 08003


Jocama Construction corp.
322 Spring Valley Rd.
Old Bridge, NJ 08857

John Deere Credit
P.O. Box 4450
Carol Stream, IL 60197-4450


Joseph A. Cuzzupe & Co., Inc.
650 Park Road
Cherry Hill, NJ 08034


Josephs Landscaping
1281 Glassboror Rd.
Williamstown, NJ 08094


Kennedy Concrete, Inc.
1969 S. East Avenue
Vineland, NJ 08360


Kennedy Culvert & Supply Co.
8000 Midlantic Drive
Suite 200N
Mount Laurel, NJ 08054


Kerr Concrete Pipe Co.
PO Box 312
Hammonton, NJ 08037


Kevin Gill
c/o Adam R. Brownstein, Esq.
Gollatz, Griffin & Ewing-1600 JFK Blvd.
Four Penn Center, Suite 200


Koffee Kwik
1040 Industrial Drive
Unit 3
West Berlin, NJ 08091


Laser Lawn Care
88 Knight Avenue
Runnemede, NJ 08078


Liberty Bell Bank
2099 Route 70 East
Cherry Hill, NJ 08003

Liquid Transport
P.O. Box 66046
Indianapolis, IN 46266


M.F. Perrone Survey Supply
467 Walnut Street
Hammonton, NJ 08037


Marlton Lakes Civil Association
c/o James S. Rehberger, Esq.
Wilsom, Elser, et al.
33 Washington Street, 18th Floor
Newark, NJ 07102


Martin A. Ackley Assoc., Inc.
334 N. Washington Street
Suite 20
Hammonton, NJ 08037


Martin Stone Quarries
P.O. Box 297
1355 N. Reading Avenue
Bechtelsville, PA 19505


Maxwell Systems, Inc.
2500 DeKalb Pike
Norristown, PA 19401


Mays Landing Sand & Gravel Co.
P.O. Box 608
101 N. Lincoln Avenue
Buena, NJ 08310


McClure Excavting, Inc.
2 Edgewater Drive
Cherry Hill, NJ 08034


Medford Board of Education
c/o Brown & Connery LLP
360 Haddon Ave.
Collingswood, NJ 08108


Medford Ford
P.O. Box 416
Route 70
Medford, NJ 08055

Medford Ford
186 E. Route 70
Medford, NJ 08055


Medford Lakes Colony Club
c/o Christopher P. Leise, Esq.
White and Williams, LLP
457 Haddonfield Rd., Suite 400
Cherry Hill, NJ 08002


Meeker Equipment Co., Inc.
P.O. Box 1664
Lansdale, PA 19446


Michael Dominic Easi, Kathleen Easi &
Daniel Easi
c/o Benjamin Folkman, Esq.
1415 Route 70 East-Suite 407
Cherry Hill, NJ 08034


Mid-Atlantic Pump & Equipment Co.
228 N. Route 73
Berlin, NJ 08009


Miquel Courel, P.E.
c/o John H. Osorio, Esq.
Marshall, Dennehey, et al.
200 Lake Drive East, Suite 300
Cherry Hill, NJ 08002


MJF Materials, LLC
P.O. Box 438
Berlin, NJ 08009


Mount Construction Co., Inc.
427 S. White Horse Pike
Box 619
Berlin, NJ 08009


New Jersey American Water
515 Grove Street
Haddon Heights, NJ 08035


New Jersey American Water Company
213 Carriage Lane
Delran, NJ 08075

New Jersey Dept. of Labor
Attn: Mildred Davis
Division of Employer Accounts
PO Box 059
Trenton, NJ 08625-0059


Norris Sales Co., Inc.
1300 East Ridge Pike
Plymouth Meeting, PA 19462


Oakwood Lake Homeowners Assoc.
c/o Alan T. White, Esq.
Bonner, Kiernan, et al.
140 Littleton Rd-Suite 201
Parsippany, NJ 07054


Otis Elevator Company, Inc.
P.O. Box 13716
Newark, NJ 07188


Paetec Communications, Inc.
P.O. Box 1283
Buffalo, NY 14240-1283


Pegasus Construction Company, Inc.
P.O. Box 7020
East Brunswick, NJ 08816


Phelan
c/o Carol Scaramella, Esq.
One Greentree Centre, Suite 201
10000 Lincold Drive East
Marlton, NJ 08053


Pine Acres Association
c/o Michael J. Ward, IV, Esq.
Staffordshire Professional Center
1307 White Horse Rd., Bldg B, Ste 200
Voorhees, NJ 08043


Pitney Bowes
P.O. Box 856460
Louisville, KY 40285-6460

Professional Benefit Consultants, Inc.
1315 Walnut Street
Suite 1000
Philadelphia, PA 19107


Public Service Electric & Gas
309 Fellowship Road
Mount Laurel, NJ 08054


Puggie Recycling Center
6150 Mill Road
Egg Harbor Township, NJ 08234


Purcell Tire Company, Inc.
P.O. Box 503649
Saint Louis, MO 63150-3649


Q C Laboratories
P.O. Box 514
Southampton, PA 18966-0514


R.E. Pierson Materials corp.
P.O. Box 430
Woodstown, NJ 08098-0430


RAC Fencing, Inc.
6514 Black Horse Pike
Egg Harbor Township, NJ 08234


Rancocas Cranberry Company
c/o Joseph F. Trinity, Esq.
Gebhardt & Kiefer, P.C.
1318 Route 31
Clinton, NJ 08809


Redy Mixt Konkrete, Inc.
630 Evergreen Avenue
Woodbury Heights, NJ 08097


Resolve Mediation Services, Inc.
575 Lexington Avenue
10th Floor
New York, NY 10022-6117

Ricoh Customer Finance Corp.
Lease Administration Center
P.O. Box 371992
Pittsburgh, PA 15250-7992


Ridgway's
8 Springdale Road
Building 8
Cherry Hill, NJ 08003


River Front Recycling & Aggregate LLC
60 Fostertown Rd.
Medford, NJ 08055


Rowson Electric Co., Inc.
25 Michaels Lane
Pitman, NJ 08071


S & F Gas Works, Inc.
1600 N. Black Horse Pike
Williamstown, NJ 08094


Schnader Harrison Segal & Lewis LLP
220 Lake Drive East
Cherry Hill, NJ 08002-1165


Security Plus, Inc.
21 Pontiac Drive
Medford, NJ 08055


South Jersey Gas Company
1 South Jersey Plaza
Attn: Office of General Counsel
Folsom, NJ 08037-6000


South Jersey Sanitation
P.O. Box 1224
Hammonton, NJ 08037


Southern States
f/k/a Agway, Inc.
216 Crosskeys Rd.
Berlin, NJ 08009

Sprint/Nextel
P.O. Box 4181
Carol Stream, IL 60197-4181


St. Paul Travelers
CL& Specialty Remittance Center
Hartford, CT 06183-1008


State of New Jersey
55 Washington Way
Vincentown, NJ 08088


State of New Jersey
c/o Alfred Low-Beer, Deputy Attorney
Dept of Law & Public Safety
25 Market Street, PO Box 080
Trenton, NJ 08625


State of New Jersey-Division of Taxation
Attn: Pam Stulz
One Port Center
2 Riverside Drive, Suite 200
Camden, NJ 08103


Sterling Bank
3100 Route 38
Mount Laurel, NJ 08054


Superior Welding Supply
6834 Camden Avenue
Pennsauken, NJ 08110


Susquehanna Patriot Bank
8000 Sagemore Drive
Marlton, NJ 08053


Susquehanna Patriot Commercial Leasing
P.O. Box 314
1566 Medical Drive
Pottstown, PA 19464-0314


Taylor Oil Co., Inc.
77 Second Street
P.O. Box 974
Somerville, NJ 08876

Texaco/Shell
P.O. Box 9010
Des Moines, IA 50368-9010


The Gelber Organization
Raritan Plaza 1 Raritancenter
Edison, NJ 08837


The Gemstone Group
801 The Safeguard Group
435 Devon Park Drive
Wayne, PA 19087-1945


Thompson Trucking, Inc.
1124 Jarvis Road
Erial, NJ 08081


Topcon Positioning Systems, Inc.
2430 Blvd. of the Generals
Norristown, PA 19403


Total Lubrication Service
P.O. box 677
Lakewood, NJ 08701


Township of Elk Police Department
667 Township Police Dept.
Monroeville, NJ 08343


Township of Evesham
c/o Brown & Connery LLP
360 Haddon Ave.
Collingswood, NJ 08108


Township of Medford
c/o Brown & Connery LLP
360 Haddon Ave.
Collingswood, NJ 08108


Township of Southampton
c/o Brown & Connery LLP
360 Haddon Ave.
Collingswood, NJ 08108

Township of Tabernacle
c/o Brown & Connery LLP
360 Haddon Ave.
Collingswood, NJ 08108


Triad, III, LLC
PO Box 330
West Berlin, NJ 08091


Underwood Engineering & Testing
143 Harding Avenue
Bellmawr, NJ 08031


Union Mill Lake Dam
c/o Jerry A. Cuomo, Esq.
Landman, Corsi, et al.
One Gate Way Center-Suite 400
Clifton, NJ 07012


United Shipping Solutions
P.O. Box 940
Tallman, NY 10982


Voorhees Hardware & Rental
508 Haddonfield Berlin Road
Voorhees, NJ 08043


W.B. Mason Company, Inc.
P.O. Box 111
Brockton, MA 02303


West Deptford Township
400 Crown Point Rd.
PO Box 89
Thorofare, NJ 08086


William P. Bowman
c/o William Bowman Associates, Inc.
PO Box 330
West Berlin, NJ 08091


Winslow Hot Mix, LLC
1435 Doughty Road
Egg Harbor Township, NJ 08234

Winzinger, Inc.
1704 Marne Highway
P.O. Box 537
Hainesport, NJ 08036


Woodworth & St. John LLC
704C E. Main Street
Moorestown, NJ 08057


Woolwich Township
120 Woodstown Road
Woolwich Township, NJ 08085


YMCA Camp Ockanickon, Inc.
c/o Paul Daly, Esq.
Hardin, Kundla, et al.
673 Morris Ave., PO Box 730
Springfield, NJ 07081